UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINAY KUMAR THANIKONDA;
BHAVANA GUDI; and K.T.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

C25-0317 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 7, is DENIED in part and GRANTED in part, as follows:

    (a) The parties' request for a stay or to hold this case in abeyance is DENIED;

    (b) The deadline for defendants to file a responsive pleading or motion is EXTENDED to May 28, 2025; and

    (c) The deadline for the parties to file a Joint Status Report in accordance with the Order entered February 24, 2025, docket no. 5, including any proposed briefing schedule, is also EXTENDED to May 28, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of April, 2025.

                                      Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk

MINUTE ORDER - 1